**No. 66404.**—Wall Trends, Inc. *v.* United States, protests 60/5297 and 60/27612 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of samples similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiff was sustained.